**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**


**United States of America**

   **v.**                                                          Case No. 05-cr-76-01-PB

**Daniel A. Espaillat**


**O R D E R**


    The defendant has moved to continue the July 6, 2005 trial in the above case.  Defendant cites a scheduling conflict with the trial date and the need for additional time to address sentencing issues and prepare a defense.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from July 6, 2006 to October 4, 2005.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the

best interests of the public and the defendant in a speedy trial.

The June 27, 2005 final pretrial conference is continued until September 27, 2005 at 3:45 p.m.

SO ORDERED.

      /s/Paul Barbadoro
Paul Barbadoro
United States District Judge

June 24, 2005

cc:  Ray Raimo, Esq.
     Mark Zuckerman, Esq.
     United States Probation
     United States Marshal