UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


**United States of America**

    **v.**                                                            Case No. 05-cr-76-01-PB

**Daniel A. Espaillat**


**O R D E R**

The defendant has moved to continue the October 4, 2005 trial in the above case.  Defendant cites the need for additional time to negotiate the terms of a potential diversion program contract or otherwise prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from October 4, 2005 to January 6, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The September 27, 2005 final pretrial conference is continued until December 21, 2005 at 3:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

September 23, 2005

cc: Ray Raimo, Esq.
    Mark Zuckerman, AUSA
    United States Probation
    United States Marshal